No. 1046. HAMILTON ET AL. *v.* McKEITHEN, GOVERNOR OF LOUISIANA, *ante,* p. 245;

No. 1078. McCLAIN *v.* UNITED STATES, *ante,* p. 965;

No. 1111. RANJEL ET AL. *v.* CITY OF LANSING ET AL., *ante,* p. 980;

No. 529, Misc. GAWNE ET AL. *v.* UNITED STATES, *ante,* p. 943;

No. 1161, Misc. TOWLES *v.* REINCKE, WARDEN, *ante,* p. 966;

No. 1205, Misc. KELEM *v.* UNITED STATES, *ante,* p. 952;

No. 1256, Misc. MERLE *v.* NORTH CAROLINA MUTUAL LIFE INSURANCE Co., *ante,* p. 995; and

No. 1483, Misc. BILLS *v.* UNITED STATES, *ante,* p. 956. Petitions for rehearing denied.

No. 1064. GENERAL ELECTRIC Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL., *ante,* p. 965. Petition for rehearing denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 1041, Misc. ROBERTS *v.* ALASKA, 396 U. S. 1022; and

No. 1091, Misc. IN RE REECE, *ante,* p. 949. Motions for leave to file petitions for rehearing denied.

APRIL 22, 1970

No. 1138, Misc. GREEN *v.* LOCAL BOARD No. 87, SELECTIVE SERVICE SYSTEM. C. A. 8th Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Joel J. Rabin* for petitioner. *Solicitor General Griswold* for respondent.